UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

DANIEL Z. MALDONADO,

Plaintiff,

v.

KEVIN CARR, et al.,

Defendants.

Case No. 20-cv-03284-VKD

**ORDER OF TRANSFER**

Plaintiff Daniel Z. Maldonado, who appears to be residing in Colorado, filed a pro se civil rights complaint pursuant to 42 U.S.C. § 1983 against Kevin Carr of the Wisconsin Department of Corrections and other defendants for allegedly violating his rights in connection with revocation of probation proceedings. Dkt. No. 1 at ECF pp. 1, 8–d71, 74–77. The underlying proceedings occurred in Sauk County, Wisconsin. *Id.* at ECF pp. 149–151. Because the acts complained of occurred in Sauk County, which lies within the venue of the Western District of Wisconsin, venue properly lies in that district and not in this one. *See* 28 U.S.C. § 130(b); 28 U.S.C. § 1391(b). This Court has discretion to either dismiss the case for wrong venue or transfer it to the proper federal court "in the interest of justice." *See* 28 U.S.C. § 1406(a). The Court concludes that the interest of justice is best served by transfer, and accordingly orders the case TRANSFERRED to the United States District Court for the Western District of Wisconsin.

The Clerk of the Court shall terminate all pending motions and transfer the entire file to the Western District of Wisconsin.

///

///

**IT IS SO ORDERED.**

Dated: May 26, 2020

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge